**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RACHEL NEVILLE,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-14338

**Judge Elaine E. Bucklo**

**Magistrate Judge Jeffrey T. Gilbert**

## JOINT STIPULATION OF SETTLEMENT

Plaintiff, Rachel Neville ("Plaintiff"), hereby notifies the Court that it has reached a settlement in principle with Defendant Nos. 32 posters ONE, 35 Lucy poster design, and 49 ArtNest Studio (collectively, the "Defendants"), and that the Parties are currently awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the Parties' execution of settlement terms.

In light of the settlement, the Parties respectfully request a stay of proceedings for ninety (90) days to allow time for the execution of settlement terms. If Defendants fail to make payment within the ninety (90) days, Defendants agree that the Court may enter a consent judgment against them for the full amount due under the settlement agreement, plus reasonable attorneys' fees and costs incurred in entering and enforcing such judgment.

DATED:   May 1, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Jiyuan Zhang*
Jiyuan Zhang
J. Zhang and Associates, P.C.
37-12 Prince Street, Suite 9C
Flushing, NY 11354
Telephone: 718-701-5098
E-mail: contact@jzhanglaws.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 1, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt