**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL NEVILLE, | Case No.: 1:25-cv-14338 |
| Plaintiff, | Judge Elaine E. Bucklo |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry [37], Plaintiff, Rachel Neville ("Plaintiff"), and Defendant Nos. 32 posters ONE et al.[1] (collectively, the "Defendants"), submit this joint status report.

The Parties executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment due July 18, 2026. Defendants did not request an extension of that deadline. The settlement amount was not remitted by the July 18, 2026, deadline and remains unpaid.

Consistent with the settlement agreement, Plaintiff is filing concurrently herewith an Agreed Motion for Entry of Consent Judgment for the full settlement amount, plus the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment. Defendants consented to the entry of the proposed Consent Judgment when they executed the settlement agreement.

The Parties will keep the Court promptly apprised of any further developments.

---

[1] "Defendants" include Defendant Nos. 32 posters ONE, 35 Lucy poster design, and 49 ArtNest Studio.

DATED: August 4, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Jiyuan Zhang
Jiyuan Zhang
J. Zhang and Associates, P.C.
37-12 Prince Street, Suite 9C
Flushing, NY 11354
Telephone: 718-701-5098
E-mail: contact@jzhanglaws.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 4, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt