**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL NEVILLE, | Case No.: 1:25-cv-14338 |
| Plaintiff, | Judge Elaine E. Bucklo |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, August 12, 2026, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Elaine E. Bucklo of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's Agreed Motion for Entry of Consent Judgment against Defendant Nos. 32 posters ONE, 35 Lucy poster design, and 49 ArtNest Studio.

Appearances in court will not be required. The presentment date is for tracking purposes only.

DATED: August 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 4, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt